UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RHONDA CLARKE,

       Plaintiff,

  - against -

NATIONAL RAILROAD PASSENGER CORP.,

       Defendant.

-------------------------------------------------------------------X



**'07 CIV 3759**

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for defendant National Railroad Passenger Corporation a/k/a Amtrak certifies that the

following are parent companies, subsidiaries or affiliates of Amtrak which have any outstanding

securities in the hands of the public:

        Amtrak, a corporation providing intercity passenger rail service,
        has no parent company.  However, American Premiere
        Underwriters, Inc. and Burlington Northern Santa Fe Railroad
        Company own 10% or more of Amtrak's stock.

These representations are made in order that the judges of this court may determine the

need for recusal.

Dated:    New York, New York
        May 10, 2007

                  Respectfully submitted,

                  LANDMAN CORSI BALLAINE & FORD P.C.

      By:     _____
                  Ronald E. Joseph (RJ9302)
                  Attorneys for Defendant
                  NATIONAL RAILROAD PASSENGER CORP.
                  120 Broadway, 27th Floor
                  New York, New York  10271-0079
                  (212) 238-4800