UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RHONDA CLARKE,

                Plaintiff,                          **NOTICE OF APPEARANCE**

       - against -                        Index No.: 07-CV-3759 (PKL)

NATIONAL RAILROAD PASSENGER
CORPORATION,

                Defendant.
-----------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that on behalf of defendant National Railroad Passenger Corporation, d/b/a Amtrak, the undersigned attorney will appear as counsel of record.

    **PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon the defendant should be served upon the undersigned.

Dated:    New York, New York
             June 28, 2007

                                          Yours, etc.

                                          LANDMAN CORSI BALLAINE & FORD P.C.

                        By: _____
                                          Ameet B. Kabrawala (AK 2976)
                                          Attorneys for Defendant Amtrak
                                          120 Broadway, 27th Floor
                                          New York, New York 10271
                                          (212) 238-4800

TO:    Michael Flynn, Esq.
         Law Offices of Michael Flynn, PC
         Attorneys for Plaintiff
         1205 Franklin Avenue
         Garden City, New York 11530
         (516) 877-1234

443676.1 DocsNY

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

     **MIRIAM DEIKUN**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at QUEENS, NEW YORK.

     That on the 28th day of June, 2007, deponent served the within **NOTICE OF APPEARANCE**

upon

          Michael Flynn, Esq.
          Law Offices of Michael Flynn, PLLC
          Attorneys for Plaintiff
          1205 Franklin Avenue
          Garden City, N.Y. 11530
          (516) 877-1234

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                              _____
                                                                Miriam Deikun

Sworn to before me this
28th day of June, 2007

_____
      Notary

                                          JELENA BRIGIDA
                                  Notary Public, State of New York
                                      No. 01BR6156932
                                  Qualified in Kings County
                                Commission Expires Dec. 4, 2010