USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RHONDA CLARKE,

       Plaintiff,

   - against -

NATIONAL RAILROAD PASSENGER CORP.,

       Defendant.
-------------------------------------------------------------X

STIPULATION OF
DISMISSAL

07 Civ. 3759 (PKL)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties herein, that the above-entitled action be and the same hereby is dismissed with prejudice and without costs to either party as against the other, and an order to that effect may be entered without further notice.

Dated:    New York, New York
           September 20, 2007

LAW OFFICES OF MICHAEL FLYNN, PC

By: _____
Michael Flynn (MF 7150)
Attorneys for Plaintiff
1205 Franklin Avenue, Suite 250
Garden City, New York 11530
(516) 877-1234

LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
Ronald E. Joseph (RJ 9302)
Attorneys for Defendant
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

SO ORDERED: 10/16/07

_____
U. S. D. J.

448430.1 DocsNY